FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 2:04 pm, Jan 15, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 1:25cr-005 |
|  | ) |
| v. | ) 18 U.S.C. § 922(n) |
|  | ) Illegal Receipt of a Firearm by a |
| FITZ KENNEY WILLIAMS | ) Person under Indictment |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Illegal Receipt of a Firearm by a Person under Indictment*
18 U.S.C. § 922(n)

On or about August 23, 2024, in Richmond County, within the Southern District of Georgia, the Defendant,

**FITZ KENNEY WILLIAMS,**

knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, to wit, a Rock River Arms, Inc., Model LAR-15M, multi-caliber rifle, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(n).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One of this Indictment, the Defendant, **FITZ KENNEY WILLIAMS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Rock River Arms, Inc., Model LAR-15M, multi-caliber rifle (S/N NC103886), and any and all associated ammunition.

If any of the property described above, as a result of any act or commission of the Defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Joshua Kyle Davis
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division